IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-30948
_____

UNITED STATES OF AMERICA

Plaintiff-Appellee

versus

BILLY DOUGLAS

Defendant-Appellant

_____

Appeal from the United States District Court
For the Middle District of Louisiana
(97-CR-5)
_____

November 4, 1998

Before HIGGINBOTHAM, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See Local Rule 47.6.

_____

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.